**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tommie Raymond THOMAS, Defendant–Appellant.**

**No. 15–6888.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Sept. 1, 2015.

Tommie Raymond Thomas, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommie Raymond Thomas appeals the district court's text order denying his motion to alter the order transferring jurisdiction to the Northern District of Texas, pursuant to 18 U.S.C. § 3605 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm. *United States v. Thomas,* No. 3:03–cr–00173–GCM–1 (W.D.N.C. May 7, 2015).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*